# ALABAMA COURT OF CRIMINAL APPEALS



July 18, 2025

**CR-2024-0798**

L.C.Q. v. State of Alabama (Appeal from Houston Circuit Court: CC-23-789, CC-23-790, CC-23-791, CC-23-792, CC-23-793, and CC-23-794)

## <u>NOTICE</u>

You are hereby notified that on July 18, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk